**No. 45398.**—Petition 5994–R of Star Dental Mfg. Co. (Philadelphia).

Opinion by DALLINGER, J.   There was testimony that the merchandise was purchased at the price set forth in the invoice but that the examiner called attention to the fact that this price was somewhat lower than that at which similar merchandise was sold to small buyers in Switzerland.   It was agreed that one entry should be advanced for the purpose of making a test case.   The record established the good faith of the petitioner and it appeared that there was no intention to defraud.   The petition was therefore granted.

**No. 45399.**—Petition 6011–R of Rich's, Inc. (Atlanta).

Opinion by DALLINGER, J.   There was testimony that when the merchandise was entered the witness did not know that the prices had been increased by the exporter.   As it appeared there was no intention to defraud the revenue the court granted the petition.

BEFORE THE THIRD DIVISION, FEBRUARY 14, 1941

**No. 45400.**—Protests 792638–G, etc., of C. J. Tower & Sons et al. (Buffalo).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 45401.**—Protests 601191–G, etc., of Henry Scaramelli, Inc., et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, FEBRUARY 17, 1941

**No. 45402.**—Protest 944240–G of Kaufmann Department Stores, Inc. (Pittsburgh).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hats in question were held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 45403.**—Protests 730144–G, etc., of Banca Commerciale Italiana (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is similar to the wool hat bodies passed upon in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.